

# United States District Court
# Eastern District of California

| | |
|---|---|
| RICARDO CARMICHAEL and SHAUN CLIFTON | Case Number: 2:23-cv-01075-DJC-DMC |
| Plaintiff(s) | |
| V. | |
| DAN FITZGERALD & ASSOCIATES, INC.; an | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Evan P. Drew hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Ricardo Carmichael and Shaun Clifton individually and on behalf of all others similarly situated

On 01/11/2021 (date), I was admitted to practice and presently in good standing in the United States Northern District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/28/2023           Signature of Applicant: /s/ Evan P. Drew

**Pro Hac Vice Attorney**

Applicant's Name: Evan P. Drew
Law Firm Name: Parks, Chesin & Walbert
Address: 75 14th Street, 26th Floor
City: Atlanta   State: GA   Zip: 30309
Phone Number w/Area Code: (404) 873-8000
City and State of Residence: Brookhaven, Georgia
Primary E-mail Address: edrew@pcwlawfirm.com
Secondary E-mail Address: evan.paul.drew@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Righetti
Law Firm Name: Righetti Glugoski, P.C.
Address: The Presidio of San Francisco
220 Halleck Street, Suite 220
City: San Francisco   State: CA   Zip: 94129
Phone Number w/Area Code: (415) 983-0900   Bar #: 

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/28/23        /s/ Daniel J. Calabretta
                     JUDGE, U.S. DISTRICT COURT