**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| RICARDO CARMICHAEL and SHAUN CLIFTON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAN FITZGERALD & ASSOCIATES, INC.; and DANIEL FITZGERALD,<br><br>  Defendants. | Case No. 2:23-cv-01075-DJC-DMC<br><br>**ORDER GRANTING JOINT MOTION TO STAY TO FACILITATE SETTLEMENT** |

Presently before the Court is the Parties' Joint Motion to Stay to Facilitate Settlement. Upon careful consideration and good cause shown, the Parties' motion is **GRANTED**. This case shall be stayed for ninety (90) days, until March 18, 2024. Within fourteen (14) days of the expiration of the stay, the Parties shall either (a) move for approval of their settlement; or (b) file their Joint Status Report and Rule 26(f) Discovery Plan. The motion hearing, set for February 15, 2024 is vacated.

**IT IS SO ORDERED.**

Dated:  December 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE