# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RICARDO CARMICHAEL and SHAUN CLIFTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAN FITZGERALD & ASSOCIATES, INC.; and DANIEL FITZGERALD,<br><br>Defendants. | Case No. 2:23-cv-01075-DJC-DMC<br><br>**ORDER GRANTING SECOND JOINT MOTION TO STAY TO FACILITATE SETTLEMENT** |

Presently before the Court is the Parties' Joint Motion to Stay to Facilitate Settlement. Upon careful consideration and good cause shown, the Parties' motion is **GRANTED**. This case shall be stayed for an additional sixty (60) days, until May 17, 2024. Within fourteen (14) days of the expiration of the stay, the Parties shall either (a) move for approval of their settlement; or (b) file their Joint Status Report and Rule 26(f) Discovery Plan.

**IT IS SO ORDERED.**

Dated: March 15, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE