# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RICARDO CARMICHAEL and SHAUN CLIFTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>DAN FITZGERALD & ASSOCIATES, INC.; and DANIEL FITZGERALD,<br><br>        Defendants. | Case No. 2:23-cv-01075-DJC-DMC<br><br>**ORDER GRANTING THIRD JOINT MOTION TO STAY TO FACILITATE SETTLEMENT** |

Presently before the Court is the Parties' Joint Motion to Stay to Facilitate Settlement. Upon careful consideration and good cause shown, the Parties' motion is **GRANTED**. This case shall be stayed until August 1, 2024. Within fourteen (14) days of the expiration of the stay, the Parties shall either (a) move for approval of their settlement; or (b) file their Joint Status Report and Rule 26(f) Discovery Plan.

**IT IS SO ORDERED.**

Dated:  May 15, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE