# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARMICHAEL, ET AL., | Case No.: 2:23-cv-01075-DJC-DMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| DAN FITZGERALD & ASSOCIATES, INC., ET AL., | |
| Defendants. | |

On December 16, 2024, Andrew Morrissey, attorney for Defendants Dan Fitzgerald & Associates, Inc. and Daniel Fitzgerald, filed a Motion to Withdraw as Counsel. (ECF No. 34.) Plaintiff did not oppose said motion. On January 30, 2025, Evan Drew appeared for Plaintiffs and Andrew Morrissey appeared for Defendants before District Judge Daniel J. Calabretta to address the pending motion. After conferring with counsel, good cause having been shown, the Court GRANTED Defendant's Motion to Withdraw and REFERRED the matter to the assigned Magistrate Judge for all further proceedings consistent with E.D. Cal. L.R. 302(c)(21). Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:23-cv-01075-DJC-DMC (PS).

1     Mr. Morrissey shall serve a copy of this order on Defendants Dan Fitzgerald &
2 Associates, Inc. and Daniel Fitzgerald at their last known addresses forthwith and shall
3 file a certificate of such service with the court immediately thereafter.
4     IT IS SO ORDERED.

6 Dated: January 30, 2025         /s/ Daniel J. Calabretta
7                                           THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE