1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RICARDO CARMICHAEL, ET AL.,                No.  2:23-cv-01075-DJC-DMC

12                    Plaintiffs,

13          v.                                          ORDER

14    DAN FITZGERALD & ASSOCIATES,
      INC., ET AL.,
15
                      Defendants.
16

17

                 Plaintiff, who is proceeding with retained counsel, brings this civil action.  On the
18
      Court's own motion, this matter is set for a status conference on February 19, 2025, at 10:00 a.m.
19
      before the undersigned via Zoom.  At the conference, the parties shall be prepared to discuss the
20
      status of settlement negotiations and Defendant Dan Fitzgerald & Associates, Inc.'s
21
      representation.  The parties are not required to file a joint status conference report before the
22
      status conference.
23
                 IT IS SO ORDERED.
24

25
      Dated:  February 5, 2025
26
                                                      _____
27                                                    DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE
28

                                                      1