1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   RICARDO CARMICHAEL, ET AL.,              No.  2:23-cv-1075-DJC-DMC
12                    Plaintiffs,
13            v.                              <u>ORDER</u>
14   DAN FITZGERALD & ASSOCIATES,
     INC., ET AL.,
15
16                    Defendants.
17
              Plaintiffs, who are proceeding with retained counsel, bring this civil action.
18
19   Pending before the Court is Plaintiffs' motion for an extension of time to April 25, 2025, to file a
20   motion for settlement approval.  <u>See</u> ECF No. 44.  The motion is unopposed.  Good cause
21   appearing therefor, Plaintiffs' motion will be granted.
22            Accordingly, IT IS HEREBY ORDERED as follows:
23            1.      Plaintiffs' motion for an extension of time, ECF No. 44, is granted.
24            2.      Plaintiffs' motion for settlement approval shall be filed on or before April
25   25, 2025.
26   Dated:  April 24, 2025
27                                            _____
                                              DENNIS M. COTA
28                                            UNITED STATES MAGISTRATE JUDGE

                                              1