# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARMICHAEL, ET AL., | No. 2:23-cv-01075-DJC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DAN FITZGERALD & ASSOCIATES, INC., ET AL., | |
| Defendants. | |

Plaintiffs, who proceed with retained counsel, brought this action. Pending before the Court is Plaintiffs' unopposed motion for settlement approval. See ECF No. 46. Pursuant to Local Rule 230(g), the pending motion, ECF No. 46, is submitted without oral argument. Accordingly, the Motion Hearing set for June 13, 2025, before the undersigned is vacated.

IT IS SO ORDERED.

Dated: May 16, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE