# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARMICHAEL, ET AL., | No. 2:23-cv-01075-DJC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DAN FITZGERALD & ASSOCIATES, INC., ET AL., | |
| Defendants. | |

Plaintiffs, who proceed with retained counsel, brought this action. Pending before the Court is Plaintiffs' unopposed motion for settlement approval. See ECF No. 46. Plaintiff alleges violations of the Fair Labor Standards Act (FLSA) and violations of Georgia state contract law. See ECF No. 1. Parties worked together to draft the terms of their settlement agreement and are now seeking approval of such agreement. See ECF No. 46. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 50. No objections to the findings and recommendations have been filed.

1

1  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 30, 2025, ECF No. 50, are adopted in full.
2. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **August 4, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2