IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CARMICHAEL, ET AL., | No. 2:23-cv-1075-DJC-DMC |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DAN FITZGERALD & ASSOCIATES, INC., ET AL., | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Plaintiffs have filed a motion for voluntary dismissal of this action pursuant to a written and fully executed settlement agreement among all parties. See ECF No. 52. The motion is unopposed. Good cause appearing therefor, the Court will recommend that this action be dismissed with prejudice consistent with the parties' agreement. See Fed. R. Civ. P. 41(a)(2).

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends as follows:

    1.    Plaintiffs' unopposed motion for voluntary dismissal, ECF No. 52, be granted.

    2.    This action be dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 14, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE